IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES E. NOBLE, | ) |
| | ) |
| Plaintiff, | ) No. 3:14-CV-2791-M-BK |
| vs. | ) |
| | ) |
| DR. RICHARD C. ANDREWS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's motion to proceed *in forma pauperis* is **DENIED**, and that this case is **DISMISSED** without prejudice for failure to comply with the sanction order in Case No. 3:03-CV-2703-M. In addition, the Clerk of the Court is **directed** to add the alias James E. Nobles to the docket sheet in this case and Case Nos. 3:11-CV-02241-B, 3:11-CV-2242-B, and 3:11-CV-2244-N.

**SIGNED** this 17th day of September, 2014.

_____
**BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**